Sup. Ct. La.;
C. A. 5th Cir.;
Ct. Crim. App. Tex.;
Sup. Ct. S. C.;
Sup. Ct. Cal.;
Sup. Ct. Tenn.;
Sup. Ct. Tenn.;
C. A. 4th Cir.;
C. A. 11th Cir.;
Ct. Crim. App. Tex.; and
Sup. Ct. Nev. Certio-rari denied. Reported below: No. 88-5961, 530 So. 2d 526; No. 88-6148, 860 F. 2d 623; No. 88-6150, 757 S. W. 2d 359; No. 88-6203, 296 S. C. 379, 373 S. E'. 2d 587; No. 88-6350, 46 Cal. 3d -963, 760 P. 2d 475; No. 88-6361, 762 S. W. 2d 110; No. 88-6365, 745 S. W. 2d 858 and 759 S. W. 2d 651; No. 88-6393, 856 F. 2d 677; No. 88-6530, 761 S. W. 2d 307; No. 88-6655, 104 Nev. 867.